# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL A. JENSEN, Individually and as Personal Representative of the ESTATE OF JOAN BODNAR, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER INC., A Corporation,<br><br>    Defendant. | 8:08CV414<br><br><br><br>ORDER |

THIS MATTER having come before the Court upon the parties' Joint Status Report and Motion to Adopt Joint Discovery Plan (Filing No. 29), and the Court being in all things duly advised; now GRANTS said Motion and ORDERS as follows:

The Court hereby adopts the parties' Joint Coordinated Plan of Discovery submitted as Exhibit 1 to the parties' Joint Status Report and Motion to Adopt Joint Discovery Plan (Filing No. 29-2).

DATED this 20th day of April, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge