## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CAROL A. JENSEN, Individually and as Personal Representative of the ESTATE OF JOAN BODNAR, Deceased,** | ) ) ) ) ) | **8:08CV414** |
| | ) | **ORDER** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | |
| **PFIZER INC., A Corporation,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Motion to Stay (Filing No. 48). Upon consideration,

**IT IS ORDERED** that, pending a ruling by the Judicial Panel on Multidistrict Litigation on the MDL motions referenced by the parties in their Joint Motion, all activity in the instant action shall be stayed including but not limited to:

1.      Deadlines to file responsive pleadings, including deadlines to file Answers to Complaints, motions to dismiss, and oppositions and replies thereto, motions for reconsideration, and oppositions and replies thereto.

2.      Deadlines to exchange initial disclosures under Federal Rule of Civil Procedure 26 and meet and confer regarding the same, as well as other discovery obligations.

3.      Deadlines to submit case management and other scheduling and status reports under Federal Rule of Civil Procedure 26(f), and deadlines to meet and confer regarding the same.

4.      All hearings, oral arguments, and/or other matters currently scheduled to be resolved either with or without hearing.

DATED this 17th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge